UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON E. TAYLOR,<br><br>             Plaintiff,<br><br>      v.<br><br>CONTRA COSTA COUNTY EMPLOYMENT AND HUMAN SERVICES DEPARTMENT, et al.,<br><br>             Defendants. | Case No.  16-cv-03738-MEJ<br><br>**ORDER TO SHOW CAUSE; VACATING HEARING** |

On September 30, 2016, Defendants Contra Costa County Employment and Human Services Department, et al. filed a motion to dismiss, with a noticed hearing date of December 8, 2016.  Dkt. No. 14.  However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7.  Accordingly, the Court hereby **VACATES** the motion hearing and **ORDERS** Plaintiff Sharon E. Taylor to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration **by November 10, 2016**.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or shall set a hearing if necessary.  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute.  Additionally, Plaintiff is warned that the Court may then evaluate Defendants' motion to dismiss without Plaintiff's response, and in doing so, dismiss Plaintiff's case with or without prejudice as appropriate.</u>  Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: October 28, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge