UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON E. TAYLOR,<br><br>  Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY EMPLOYMENT AND HUMAN SERVICES DEPARTMENT,<br><br>  Defendant. | Case No. 16-cv-03738-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On June 1, 2017, Defendant Contra Costa County Employment and Human Services Department filed a Motion to Dismiss the Second Amended Complaint, with a noticed hearing date of July 13, 2017. Dkt. No. 38. Plaintiff Sharon Taylor failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. This is the third Order to Show Cause ("OSC") the Court has issued in this matter after Plaintiff failed to comply with Court deadlines. *See* Dkt. Nos. 18, 23. The Court previously cautioned Plaintiff that "in the future [she] should ensure documents are timely filed and leave additional time for service." Order Discharging OSC, Dkt. No. 25. Plaintiff has not complied with this directive.

Plaintiff shall file a declaration by July 5, 2017. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 20, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge