UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON E. TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY EMPLOYMENT AND HUMAN SERVICES DEPARTMENT,<br><br>        Defendant. | Case No. 16-cv-03738-TSH<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court **VACATES** all pretrial and trial dates. The parties are required to file a stipulation of dismissal by February 26, 2019. If a stipulation of dismissal is not filed by that date, the parties are **ORDERED** to appear on February 28, 2019, at 10:00 a.m. in Courtroom A, 15th Floor of the San Francisco Courthouse and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: December 11, 2018

_____
THOMAS S. HIXSON
United States Magistrate Judge